UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                       Plaintiff,<br><br>v.<br><br>JULIO VERA LINARES,<br><br>                                       Defendant. | Case No.:  3:24-cr-01499-JES<br><br>**ORDER DENYING MOTION TO RECONSIDER CRIMINAL HISTORY POINTS**<br><br>**[ECF No. 56]** |

    Before the Court is Defendant Julio Vera Linares' motion to reconsider criminal history points. ECF No. 56. In his motion, Defendant, states he is "soliciting for this matter the reconsideration the Criminal History Points because I colplete my sentence and fullfill-all my charge an felony." *Id*. The Court is unsure the basis of this motion.

    On October 8, 2024, Defendant pled guilty to Attempted Reentry of Removed Alien in violation of 8 U.S.C. § 1326(a) and (b) in a one-count Information. ECF No. 40. On January 10, 2025, Defendant was sentenced to a term of 15 months in prison. ECF No. 55. During the sentencing hearing, Defendant's criminal history score was calculated at six points, and he was determined to be in criminal history category three. ECF No. 46.

    The Defendant had three prior convictions that resulted into six points. ECF No. 46 at 9-10. In particular, Defendant suffered the following prior convictions:

    (1) Felony Trafficking in Cocaine in the state of Georgia on February 8, 2007, in which he was sentenced to 25 years in prison, resulting in three criminal history points;

    (2) Misdemeanor Theft by Shoplifting in the state of Georgia on October 13, 2016, in which he was sentenced to six month's probation, resulting in one criminal history point; and

    (3) Felony 8 U.S.C. § 1326(a) in the Southern District of Texas on February 5, 2020, in which he was sentenced to 12 months and 1 day in prison, resulting in two criminal history points.

These three prior convictions result in a total of six criminal history points. Therefore, Defendants' criminal history points and criminal history score were calculated correctly. Completion of prior sentences that resulted from the prior convictions does not modify Defendant's criminal history score. The Court **DENIES** Defendant's motion to reconsider his criminal history points.

    **IT IS SO ORDERED.**

Dated: June 24, 2025

                                           Honorable James E. Simmons Jr.
                                           United States District Judge